IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
**Case No.** 5:14-cv-00880-FL

| | |
|---|---|
| Evergreen Farms & Produce, LLC, et al. | ) )  ) |
| Plaintiff(s), | ) ) |
| vs | ) ) |
| IXE Agro USA, LLC | ) ) |
| Defendant(s). | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__IXE Trading A.G.__ who is __Defendant__,
(name of party)                  (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ◯       NO ⦿

2. Does party have any parent corporations?

    YES ◯       NO ⦿

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:


3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ◯       NO ⦿


If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ☐      NO ☒

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ☐      NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/ Michael Kreitzer

Date: January 20, 2015

[Finalize Form] [Reset Form]