IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| EVERGREEN FARMS & PRODUCE, LLC and RANDALL SMITH FARMS, | § § § | |
| Plaintiffs, | § | CASE NO.: 5:14-cv-880-FL |
| v. | § § | |
| IXE AGRO USA, LLC, ET AL., | § § § | |
| Defendants. | § | |

ORDER

This Court is presented with the parties' Joint Motion to Dismiss with Prejudice. Having reviewed the file and being otherwise duly advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED THAT all claims against all Defendants in this action are dismissed with prejudice. All pending motions are denied as moot.

DONE AND ORDERED in Chambers at New Bern, North Carolina this 30th day of January, 2015.

_____
Hon. Louise W. Flanagan
United States District Judge